# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00589-CV

## In re Author J. Manning II and Graffics Knights, LLC

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Author J. Manning, appearing pro se, has filed several documents with this Court which we construe as a petition for writ of mandamus, complaining that the local administrative judge of Travis County denied permission to file proposed litigation. Manning is a vexatious litigant subject to a pre-filing order that prohibits him from filing new pro se litigation without obtaining permission from the appropriate local administrative judge. *See* Tex. Civ. Prac. & Rem. Code § 11.102(a).

The decision of a local administrative judge denying a litigant permission to file suit may not be appealed "except that the litigant may apply for a writ of mandamus with the court of appeals not later than the 30th day after the date of the decision." *Id.* § 11.102(f). Manning was notified in writing that the local administrative judge denied permission to file on July 15, 2024, but Manning's petition was not received by this Court until September 4, 2024. Because Manning failed to file a timely mandamus petition pursuant to Texas Civil Practice and Remedies Code Section 11.102(f), this Court is without jurisdiction over the petition for

writ of mandamus.  *See In re Nixon*, No. 03-22-00299, 2022 WL 1720087 (Tex. App.—Austin May 27, 2022, orig. proceeding) (mem. op.); *In re Johnson*, 390 S.W.3d 584, 586 (Tex. App.—Amarillo 2012, orig. proceeding).

We dismiss the petition for writ of mandamus for want of jurisdiction.

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Filed:   November 8, 2024